| | |
|---|---|
| 1 | Jeffrey C. Matura, State Bar No. 019893 |
| 2 | Melanie M. Weigand, State Bar No. 035144 |
|   | **Barrett & Matura, P.C.** |
| 3 | 8925 East Pima Center Parkway, Suite 215 |
|   | Scottsdale, Arizona 85258 |
| 4 | Telephone: (602) 792-5705 |
|   | Facsimile: (602) 792-5710 |
| 5 | jmatura@barrettmatura.com |
|   | mweigand@barrettmatura.com |

Attorneys for Defendant The Viking Corporation

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Bankers Standard Insurance Company, | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| The Viking Corporation, a Michigan corporation; and Does 1 through 30, inclusive, | |
| Defendants. | |

Defendant The Viking Corporation ("Viking") submits this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and provides the following grounds for removal.

1. This matter was commenced in the Arizona Superior Court, Maricopa County, on May 21, 2021, with the filing of a Complaint and Certificate of Compulsory Arbitration.

2. The Complaint, Certificate of Compulsory Arbitration, Summons, and Affidavit of Service constitute all processes and proceedings filed and served on Viking in this case, copies of which are attached as **Exhibit A.**

3. Viking is a manufacturer of fire protection products and has a principal place of business and citizenship in Michigan. Viking is also authorized to conduct business in Arizona.

4. Plaintiff Bankers Standard Insurance Company is an insurance carrier authorized to conduct business in Arizona. Upon information and belief, its principal place of business and citizenship are in Pennsylvania.

5. The United States District Court, District of Arizona, has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 due to diversity of citizenship of the parties.

6. Viking has not pled, answered, or otherwise appeared in this action.

7. Viking has filed this Notice within 30 days after receipt and service of the initial pleading setting forth the claim for relief upon which the action is based, and within one year after the commencement of the action. Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

8. The amount in controversy exceeds $75,000.

9. A copy of this Notice is also filed with the Clerk of Court for the Arizona Superior Court in Maricopa County.

WHEREFORE, Viking requests that this action be removed from the Arizona Superior Court, Maricopa County, to the United States District Court, District of Arizona, and that further proceedings in the Arizona Superior Court regarding the action be stayed pursuant to 28 U.S.C. § 1446.

Dated on July 30, 2021.

BARRETT & MATURA, P.C.

By /s/ *Jeffrey C. Matura*
    Jeffrey C. Matura
    Melanie M. Weigand
    8925 East Pima Center Parkway, Suite 215
    Scottsdale, Arizona 85258
    Attorneys for Defendant The Viking Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants, and causing a copy to be mailed to all non-ECF registrants:

Barrett Kiernan
Cozen O'Connor
501 West Broadway, Suite 1610
San Diego, California 92101
bkiernan@cozen.com
Attorney for Plaintiff


/s/ *Susan Saville*
Susan Saville