# EXHIBIT A

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
D. Hill, Deputy
5/21/2021 9:30:00 AM
Filing ID 12921263

1  BARRETT KIERNAN
   AZ Bar No. 016588
2  E-mail:      bkiernan@cozen.com
   COZEN O'CONNOR
3  501 West Broadway, Suite 1610
   San Diego, CA 92101
4  Telephone: 800.782.3366
   Facsimile: 619.234.7831
5
   Attorney for Plaintiff,
6  BANKERS STANDARD INSURANCE COMPANY

7

8            SUPERIOR COURT OF THE STATE OF ARIZONA

9                 IN AND FOR THE COUNTY OF MARICOPA

10

11 | BANKERS STANDARD INSURANCE
     COMPANY,                                  Case No.: **CV2021-008393**
12
            Plaintiff,                         **COMPLAINT FOR PRODUCT
13                                             LIABLITY**
         v.
14
   THE VIKING CORPORATION, a Michigan
15 corporation; and DOES 1 through 30,
   inclusive,
16
            Defendants.
17

18       Plaintiff, Bankers Standard Insurance Company ("Bankers Standard" or "Plaintiff"),

19 is informed and believes, and thereon alleges against defendants, and each of them, as

20 follows:

21       1.    This action arises from the unintended failure and activation of a fire

22 suppression sprinkler head and resultant damage that occurred on or about December 2, 2019

23 (hereinafter "Incident"), at the property addressed as 6331 E. Avenue, Scottsdale, Arizona

24 (hereinafter "Home").

25 ////

26 ////

2.      Plaintiff, Bankers Standard, is, and at all times herein mentioned was, a corporation duly authorized to transact and conduct business in the State of Arizona as an insurance carrier.

3.      Defendant, The Viking Corporation ("Viking"), is, and at all times herein mentioned was, a Michigan corporation authorized to transact and conduct business in the State of Arizona.

4.      Plaintiff is ignorant of the true names and capacities of Defendants sued by this complaint as DOES 1 through 30, inclusive, and, therefore, Plaintiff sues said Defendants by such fictitious names. Plaintiff is informed and believes, and thereon alleges, that Defendants designated as DOES 1 through 30, inclusive, are legally responsible in some manner for the damages alleged. Plaintiff will amend this complaint to allege the true names, capacities and liabilities of DOES 1 through 30, inclusive, when ascertained.

5.      At all times herein mentioned, Defendants, and DOES 1 through 30, inclusive, and each of them, were agents, and/or employees, and/or servants, and/or partners and/or alter egos of each remaining Defendant and at all times herein mentioned were acting as alter egos or within the purpose and scope of said agency, partnership, employment, and/or relationship with the consent, authorization, permission or ratification of co-Defendants, and each of them.

6.      At all times herein mentioned, Ms. Mary Anna Eaton was the owner of the Home.

7.      At all times herein mentioned, there was in effect an insurance policy issued by Plaintiff to Ms. Eaton by which Plaintiff insured Ms. Eaton against loss and damage of the type sustained in the Incident.

8.      Pursuant to the terms of the aforementioned insurance policy and a claim for benefits thereunder filed by Ms. Eaton, Plaintiff has paid to, or on behalf of, Ms. Eaton an

////

amount in excess of the minimum amount required for the jurisdiction of this court, an amount to be proved at trial.

9. Plaintiff is legally and equitably subrogated to the recovery rights of Ms. Eaton in this lawsuit to the amount paid, and to be paid, for the damages forming the basis of this action.

## FIRST CAUSE OF ACTION

### Product Liability Against Defendant Viking and DOES 1 through 10, inclusive

10. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 9, inclusive, of this Complaint as though fully set forth at length.

11. Defendant Viking, and DOES 1 through 10, inclusive, at all times herein mentioned, were in the business of manufacturing, designing, assembling, selling, distributing, marketing, retailing, and/or otherwise placing into the stream of commerce fire suppression sprinkler heads such as the fire suppression sprinkler head involved in the Incident (hereinafter "fire sprinkler head").

12. Defendant Viking, and DOES 1 through 10, inclusive, manufactured, designed, assembled, sold, distributed, marketed, or otherwise placed the fire sprinkler head into the stream of commerce.

13. Defendant Viking, and DOES 1 through 10, inclusive, knew, or reasonably should have known, that the fire sprinkler head would be used by Ms. Eaton and/or other consumers without inspection for defects such as the defect which caused the Incident and the damages in issue.

14. At the time the fire sprinkler head left the custody and control of defendant Viking and DOES 1 through 10, and was placed into the stream of commerce by defendant Viking and DOES 1 through 10, inclusive, an inherent defect existed in the fire sprinkler head that rendered the fire sprinkler head unreasonably dangerous.

15. The unreasonably dangerous defective condition in the fire sprinkler head that caused the Incident and resultant damage is described as follows:

    a) A compression screw was overtightened during assembly so as to create the unreasonable risk of failure and resultant damage such as that which occurred; and

    b) Was otherwise inherently defective and unreasonably dangerous.

16. The unreasonably dangerous and defective condition in the fire sprinkler head that caused the Incident and resultant damage was present in the fire sprinkler head when the fire sprinkler head left the custody and control of defendant Viking, and DOES 1 through 10, inclusive.

17. The unreasonably dangerous and defective condition of the fire sprinkler head was neither plainly apparent nor discoverable by Ms. Eaton or other consumers through a reasonable inspection.

18. The unreasonably dangerous and defective condition that was present in the fire sprinkler head when the fire sprinkler head left the custody and control of defendant Viking and DOES 1 through 10, inclusive, and which was not apparent through reasonable inspection caused the Incident and resultant damage which forms the basis of this action.

19. As a direct and proximate result of the unreasonably dangerous and defective condition of the fire sprinkler head, Plaintiff has suffered damage and loss in an amount in excess of the minimum amount required for the jurisdiction of this court, an amount to be proved at trial.

WHEREFORE, Plaintiff, Bankers Standard Insurance Company, prays for judgment against all defendants as follows:

    1. For compensatory damages in an amount to be proved at trial;

    2. For prejudgment interest as permitted by law;

    3. For costs of suit and reasonable attorney's fees as permitted by law; and

////

1      4.    For such other and further relief as the court may deem just and proper.

2  DATED: May 21, 2021        COZEN O'CONNOR

 

By: *Barrett Kiernan*
BARRETT KIERNAN
501 West Broadway, Suite 1610
San Diego, CA 92101
Telephone: 800.782.3366
Attorneys for Plaintiff,
BANKERS STANDARD INSURANCE COMPANY

LEGAL\52133669\1

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
D. Hill, Deputy
5/21/2021 9:30:00 AM
Filing ID 12921266

Person/Attorney Filing: Barrett Kiernan
Mailing Address: 501 West Broadway, Suite 1610
City, State, Zip Code: San Diego, CA 92101
Phone Number: (619)234-1700
E-Mail Address: bkiernan@cozen.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016588, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

BANKERS STANDARD INSURANCE COMPANY
Plaintiff(s),
v.
THE VIKING CORPORATION, a Michigan corpora, et al.
Defendant(s).

Case No. **CV2021-008393**

**SUMMONS**

To: THE VIKING CORPORATION, a Michigan corpora

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *May 21, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *DENISE HILL*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
D. Hill, Deputy
5/21/2021 9:30:00 AM
Filing ID 12921265

Person/Attorney Filing: Barrett Kiernan
Mailing Address: 501 West Broadway, Suite 1610
City, State, Zip Code: San Diego, CA 92101
Phone Number: (619)234-1700
E-Mail Address: bkiernan@cozen.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016588, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| BANKERS STANDARD INSURANCE COMPANY<br>Plaintiff(s),<br>v.<br>THE VIKING CORPORATION, a Michigan corpora, et al.<br>Defendant(s). | Case No. **CV2021-008393**<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Barrett Kiernan /s/
Plaintiff/Attorney for Plaintiff

AZturboCourt.gov Form Set #5731173

| Office Distribution | SUPERIOR COURT OF ARIZONA<br>MARICOPA COUNTY | **FILED**<br>07/28/2021<br>by Superior Court Admin<br>on behalf of Clerk of the<br>Superior Court |
|---|---|---|

07/24/2021

COURT ADMINISTRATION

Ct. Admin
Deputy

**Case Number:** CV2021-008393

**Bankers Standard Insurance Company**

**V.**

**Viking Corporation, The**

---

The Judge assigned to this action is the Honorable Randall H Warner

### NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 05/21/2021 is subject to dismissal pursuant to Rule 4 (i) of the Arizona Rules of Civil Procedure. The deadline for completing service is 08/19/2021. If the time for completing service has not been extended by the court and no defendants have been served by this date, the case will be dismissed without prejudice.

All documents required to be filed with the court should be electronically filed through Arizona Turbo Court at www.azturbocourt.gov.

# Superior Court of Maricopa County - integrated Court Information System
## Endorsee Party Listing
Case Number: CV2021-008393

| Party Name | Attorney Name | |
|---|---|---|
| Bankers Standard Insurance Company | Barrett Kiernan | Bar ID: 016588 |